**95–2193. State ex rel. Moody v. Ohio State Univ.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–824. Prudential Prop. & Cas. Ins. Co. v. LMI Ins. Co.**
Richland App. No. 96–CA–32. On April 24, 1997, appellant filed a notice of appeal from a judgment of the Richland County Court of Appeals purportedly entered in case No. 96–CA–32 on March 11, 1997, and a memorandum in support of jurisdiction. Attached to appellant's memorandum is a copy of the judgment entry being appealed, as required by S.Ct.Prac.R. III(1)(D). The judgment entry bears a stamp indicating that it was filed with the clerk of the court of appeals on March 7, 1997. Whereas the date the court of appeals filed its judgment entry for journalization with its clerk is, according to S.Ct.Prac.R. II(2)(A)(1), the date of entry of the judgment being appealed and, whereas appellant did not file its notice of appeal within forty-five days from the date of entry of the judgment being appealed,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed as untimely.

*Wednesday, April 30, 1997*

## MERIT DOCKET

**97–771. State ex rel. Wheeling–Pittsburgh Steel Corp. v. Bruzzese.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte*.

MOYER, C.J., RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., concurs and would also award respondent reasonable attorney fees.

DOUGLAS, J., dissents and would grant an alternative writ.

## MOTION DOCKET

**97–728. Cleveland Police Patrolmen's Assn. v. Cleveland.**
Cuyahoga App. No. 70380. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' motion for immediate stay of the judgment of the Cuyahoga County Court of Appeals,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

PFEIFER, J., dissents.